

FILED
AUG 2 8 2009
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:09-cr-287 , Case Name United States v. Robert W. Cabaniss, Jr.
Party Represented by Applicant: Defendant Robert W. Cabaniss, Jr.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) George James Terwilliger III
Bar Identification Number 956532      State District of Columbia
Firm Name White & Case LLP
Firm Phone # (202) 626-3600      Direct Dial # (202) 626-3628      FAX # (202) 639-9355
E-Mail Address gterwilliger@whitecase.com
Office Mailing Address 701 Thirteenth Street, NW, Washington, DC 20005

Name(s) of federal court(s) in which I have been admitted Please see attached.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not X a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____      08/25/2009
(Signature)                          (Date)
George J. Terwilliger III
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid ✓ or Exemption Granted _____

The motion for admission is GRANTED ✓ or DENIED _____

_____/s/_____          Aug. 28, 2009
(Judge's Signature)                (Date)

FILED
AUG 2 8 2009
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| George J. Terwilliger III |||||
|---|---|---|---|
| **Federal Court Admissions** ||||
| | Member No. | Status | Admitted |
| U.S. Court of Appeals for the Second Circuit | | Good Standing—Lifetime | December 14, 1982 |
| U.S. Court of Appeals for the Fourth Circuit | | Good Standing—Lifetime | June 15, 1993 |
| U.S. Court of Appeals for the Ninth Circuit | | Good Standing—Lifetime | March 15, 2004 |
| U.S. Court of Appeals for the District of Columbia | 28912 | Good Standing—Lifetime | November 6, 1979 |
| U.S. District Court for the District of Columbia | 956532 | Active—June 30, 2011 | October 22, 1979 |
| U.S. District Court for the District of Vermont | 000448684 | Active | November 24, 1981 |
| U.S. District Court for the District of Maryland | 23517 | Active—August 2010 | August 25, 1995 |
| U.S. District Court for the Southern District of New York | GT8684 | Active | May 11, 2007 |
| United States Supreme Court | | Lifetime | November 2, 1992 |
| United States Tax Court | TG0166 | Active | September 16, 1996 |